# Court of Appeals
# of the State of Georgia

ATLANTA,  January 24, 2013

*The Court of Appeals hereby passes the following order:*

**A13D0184.  BONNIE WINSLETT v. TERRY GUTHRIE**

Bonnie Winslett seeks leave to appeal from the superior court's denial of her motion to set aside a default judgment against her. It appears, however, that an involuntary petition for bankruptcy has been filed against Winslett in the United States Bankruptcy Court for the Middle District of Georgia, Case No. 12-41184. All proceedings against Winslett are automatically stayed pursuant to 11 U. S. C. § 362. See *TW Telecom Holdings Inc. v. Carolina Internet Ltd.*, 661 F.3d 495, 497 (10th Cir. 2011) (Section 362 stays all appeals in proceedings originally brought against the debtor, regardless of whether the debtor is the appellant or appellee).  See also American Bankruptcy Institute, 31-1 ABIJ 22 (Feb. 2012) ("It now appears that every circuit court to address the issue of whether the automatic stay provisions of § 362(a) apply to an appeal by a debtor where the debtor was the defendant in the underlying proceeding holds that the stay applies.").  Under the circumstances, this application is DISMISSED without prejudice pending the resolution of the bankruptcy proceeding or lifting of the automatic stay.  Winslett may re-instate her application by filing another application within 30 days after the bankruptcy stay is lifted or relief from the stay is provided by the bankruptcy court.  See *Hicks, Massey & Gardner, LLP v. Shuler*, 2006 Ga. LEXIS 994, at *1 (Ga. Nov. 20, 2006); *Communications Marketing  & Distrib. Svcs., Inc. v. MCI Worldcom Telecommunications Corp.*, 257 Ga. App. 330 (571 SE2d 399) (2002).



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,* 01/24/2013

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*